# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1502
_____

TODRICK PREANTON ROBERTS
a/k/a Natan Torres,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James L. Marsh, Judge.

February 7, 2024

PER CURIAM.

The Court grants Appellee's motion filed December 19, 2023, and dismisses the appeal. All other motions are denied as moot.

B.L. THOMAS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todrick Preanton Roberts, pro se, Appellant.

Ashley Moody, Attorney General, and Brian R. Flynn-Fallon, Assistant Attorney General, Tallahassee, for Appellee.